**Order entered September 20, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00051-CV

**WINSTON ACQUISITION CORP., Appellant**

**V.**

**BLUE VALLEY APARTMENTS, INC., Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-01373**

## ORDER

The Court has before it appellee's September 18, 2013 unopposed motion to extend time to file brief. The Court **GRANTS** the motion and **ORDERS** appellee to file its brief by October 25, 2013.

/s/    ELIZABETH LANG-MIERS
        JUSTICE